IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDGEFIELD HOLDINGS, LLC, and BRANCH BANKING AND TRUST COMPANY, | § § § § | |
| Plaintiffs, | § § | Case No. 3:17-cv-00017-K |
| v. | § § | |
| WILLOWBROOK IMAGING LLC, HARCHARAN SINGH NARANG M.D. P.A., NORTH CYPRESS CLINIC ASSOCIATES, P.A., HARCHARAN SINGH NARANG, M.D., and RANJIT KAUR, | § § § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated September 15, 2022. The Court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED.**

Signed October 11th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE